IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02024-BNB

CYNTHIA MARIE MATTSON,

    Plaintiff,

v.

JANET NAPOLITANO, Secretary Department of Homeland Security,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2009

GREGORY C. LANGHAM
                 CLERK

## ORDER ASSIGNING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Philip A. Brimmer, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland. **See** D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Philip A. Brimmer, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Boyd N. Boland.

DATED September 29, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02024-BNB

Cynthia Marie Mattson
1440 Clarkson St.
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/29/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk