IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-02024-PAB

CYNTHIA MARIE MATTSON,

    Plaintiff,

v.

JANET NAPOLITANO,
Secretary, Department of Homeland Security,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. All costs of service shall be advanced by the United States.

DATED October 1, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 5 – 2009

GREGORY C. LANGHAM
             CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02024-PAB-BNB

Cynthia M. Mattson
1440 Clarkson St.
Denver, CO 80218

Janet Napolitano, Secretary- **CERTIFIED**
Department of Homeland Security
U.S. Department of Homeland Security
Washington, D.C. 20528

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Attorney General and to the United States Attorney's Office for process of service on Janet Napolitano, Secretary: TITLE VII COMPLAINT FILED 08/26/09, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on __10/05/09__.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk